IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ALLEN RAINWATER,

    Plaintiff,                    No. CIV S-10-1727 GGH P

    vs.

JOHN McGINNISS, Sheriff, et al.,

    Defendants.          ORDER

_____/

        Plaintiff is a civil detainee proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. Doc. 4.

        In a prior order the court found plaintiff's claims cognizable and ordered plaintiff to complete service documents and return them to the court. On September 16, 2010, plaintiff returned the service documents and also filed a motion for a temporary stay (Doc. 9). Plaintiff seeks a stay until he leaves Sacramento County Jail and returns to Coalinga State Hospital, as the facilities at Sacramento County Jail make it difficult to litigate this case. However, plaintiff only states that this transfer will happen in the 'near future'.

        As the court, by concurrent order, is ordering that the US Marshal serve the defendant in this case, plaintiff will not be required to respond to any motion or engage in

1

1  discovery for the foreseeable future. Plaintiff's motion to stay will be denied without prejudice.
2  At some future point if plaintiff is still incarcerated in Sacramento County Jail, and a motion is
3  pending, he may file a new motion for a stay.
4         Accordingly, IT IS HEREBY ORDERED, that plaintiff's motion for a stay, Doc.
5  9, is denied without prejudice.
6  DATED: October 7, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:AB
rain1727.sta