IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ALLEN RAINWATER,

    Plaintiff,                        No. CIV S-10-1727 GGH P

   vs.

JOHN McGINNISS, Sheriff, et al.,

    Defendants.                  <u>ORDER</u>

_____/

         Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion requesting the court to order defendant to preserve evidence from a four month period. Defendants have a standing obligation not to destroy evidence which they know, or should know, is relevant to the case. In addition, plaintiff, by his pleading, has certainly placed defendants on further notice of their obligation. However, because plaintiff has not set forth any evidence that defendants have, or plan to, destroy relevant evidence, plaintiff's motions is denied as unnecessary.

\\\\\

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 14, 2011, motion
2  (Doc. 20) is denied.
3  DATED: May 2, 2011
4  /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:AB
rain1727.ord