IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ALLEN RAINWATER,

    Plaintiff,                    No. CIV S-10-1727 GGH P

    vs.

JOHN McGINNISS, Sheriff, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983. On June 23, 2011, the undersigned issued an order resolving five of plaintiff's motions. Within one week plaintiff had already filed a new motions. On September 2, 2011, defendant filed a motion for summary judgment. Instead of filing an opposition, plaintiff filed a request for a 58 day extension due to limited access to legal resources and the law library. That request was withdrawn as the parties filed a stipulation and proposed order that plaintiff shall file his opposition by December 12, 2011. Doc. 78 The court will adopt the parties' proposed order, however plaintiff should use this time to file his opposition to summary judgment and not file seriatim motions for relief. No further extensions will be granted.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff must file an opposition to the motion for summary judgment by December 12, 2011.  No further extensions will be granted.

DATED: October 4, 2011

                                        /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:AB
rain1727.ord3